```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16894
    CHERYL BRADSHAW
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-9559


-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/20/06 and confirmed on 04/27/07.

    2.   The case was dismissed after confirmation, 02/22/2008.

    3.   The Debtor paid a total of $  10837.69 .

    4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------
CTX MORTGAGE               CURRENT MORTG         .00            .00             .00
CTX MORTGAGE               MORTGAGE ARRE     2087.91            .00         2087.91
MONTEREY FINANCIAL SVCS    UNSECURED          118.68            .00           30.40
CAPITAL ONE BANK           UNSECURED          628.49            .00          160.97
CAPITAL ONE BANK           UNSECURED         1084.23            .00          277.67
CAPITAL ONE BANK           UNSECURED          790.79            .00          202.53
CERTIFIED SERVICES         UNSECURED        NOT FILED           .00             .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED           .00             .00
WALINSKI & TRUNKETT        UNSECURED        NOT FILED           .00             .00
FORD MOTOR CREDIT          UNSECURED        16400.89            .00         4200.29
GREAT LAKES CREDIT UNION   UNSECURED        NOT FILED           .00             .00
CHASE RECEIVABLES          UNSECURED        NOT FILED           .00             .00
ECMC                       UNSECURED         2455.87            .00          628.95
CRD PRT ASSOC              UNSECURED        NOT FILED           .00             .00
PEOPLES GAS                UNSECURED        NOT FILED           .00             .00
SM SERVICING               UNSECURED        NOT FILED           .00             .00
TCF BANK                   UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          164.37            .00           42.04
PORTFOLIO RECOVERY ASSOC   UNSECURED         1024.15            .00          262.28

CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------
       Summary of disbursements:
-------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED 2087.91          .00     22667.47         .00       24755.38
PRINCIPAL PAID     2087.91          .00      5805.13         .00        7893.04
INTEREST PAID          .00          .00          .00         .00            .00
TOTAL PAID         2087.91          .00      5805.13         .00        7893.04
```

The Debtor's attorney, DAVID M SIEGEL             , was allowed $   3000.00
and was paid $     376.00   direct and $    2624.00   through the plan.

The Trustee received $    320.65 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE